In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00464-CR


____________________



MARK ANDREW BLEVINS, Appellant



V.


 

THE STATE OF TEXAS, Appellee


 




On Appeal from the 435th District Court


Montgomery County, Texas


Trial Cause No. 09-05-04621-CR 






MEMORANDUM OPINION



 On June 26, 2009, the trial court sentenced Mark Andrew Blevins on a conviction for
driving while intoxicated. Blevins filed a notice of appeal on September 29, 2009. The trial
court entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals. On October 19, 2009, we notified the parties that we would dismiss the appeal
unless the appellant established grounds for continuing the appeal. No response has been
filed. Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal.

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice

 


 

Opinion Delivered November 18, 2009

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.